UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARIO WILLIAMS, | ) | No. CV 18-6460 DDP (FFM) |
| Petitioner, | ) | |
| v. | ) | **JUDGMENT** |
| RON DAVIS, WARDEN, | ) | |
| Respondent. | ) | |

Pursuant to the Order Summarily Dismissing Petition for Lack of Jurisdiction,

IT IS ADJUDGED that the action is dismissed pursuant to Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts.

DATED: 9/13/18

_____
DEAN D. PREGERSON
United States District Judge